**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ELRAH GRELLER | |
| Plaintiff, | Case No. 2:14-cv-01940-JMC-VCF |
| vs. | **<u>ORDER</u>** |
| DOYNE MEDICAL CLINIC, INC. | **MOTION TO SEAL (#31)** |
| Defendant. | |

Before the court is Defendant's Motion to Seal (#31). For the reasons stated below, the motion is denied.

Defendant relies on two authorities to seal the instant case and all its filings, including the minutes: (1) Nevada Supreme Court rules and (2) *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000). Neither of these authorities is binding. This court is bound by *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006), and Federal Rule of Civil Procedure 26(c), which set the standard for whether judicial records may be sealed. Defendant has failed to address and satisfy this standard. Defendant's motion is denied without prejudice.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Defendant's Motion to Seal (#31) is DENIED.

DATED this 16th day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1