UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELRAH GFELLER, | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-01940-JCM-VCF |
| vs. | ) ORDER |
| DOYNE MEDICAL CLINIC, INC., | ) |
| Defendant(s). | ) |

The undersigned held an early neutral evaluation in this case on April 29, 2015, at which time the parties reached a settlement. *See* Docket No. 28. The Court ordered the parties to file dismissal papers by June 5, 2015. *See id.* Instead of complying with that order, on June 8, 2015, Plaintiff filed a status report indicating that Defendant and Defendant's counsel were refusing to sign the stipulation. Docket No. 29. As a result, the Court ordered Defendant to file, no later than June 10, 2015, either (1) a response to Plaintiff's status report or (2) a stipulation of dismissal. Docket No. 30. Defendant and Defendant's counsel did neither. Instead, they filed a motion to seal. Docket No. 31.[1] In light of Defendant and Defendant's counsel's non-compliance with the above orders, the undersigned issued an order requiring them to show cause why they should not be sanctioned. Docket No. 32. Defendant and

---

[1] On June 16, 2015, Judge Ferenbach denied without prejudice the motion to seal because it failed to satisfy–or even address–the applicable standards. Docket No. 34. To date, Defendant has not renewed the motion.

1  Defendant's counsel then filed a "status report" indicating without elaboration that Defendant believed
2  the case should not be closed until its sealing request had been ruled upon. Docket No. 33 at 1.
3        The Court hereby **SETS** a hearing on the order to show cause for 3:30 p.m. on July 24, 2015, in
4  Courtroom 3C. A corporate representative for Defendant and Defendant's counsel shall appear
5  personally at that hearing.
6        IT IS SO ORDERED.
7        DATED: July 8, 2015

                                                                NANCY J. KOPPE
                                                                United States Magistrate Judge