# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELRAH GFELLER,

        Plaintiff(s),

vs.

DOYNE MEDICAL CLINIC, INC.,

        Defendant(s).

Case No. 2:14-cv-01940-JCM-VCF

ORDER

    The Court hereby **ORDERS** Defendant's counsel to file a stipulation of dismissal in this case no later than July 30, 2015. While the Court is cognizant that Plaintiff's counsel is currently unavailable due to a medical procedure, *see* Docket No. 36, Plaintiff has previously filed a stipulation signed by her counsel, *see* Docket No. 29-1. Moreover, at the hearing held on July 24, 2015, Defendant's counsel represented to the Court that the settlement agreement has been executed, that her client no longer intends to seek sealing of this case, and that Defendant's counsel is prepared to execute the stipulation for dismissal. Accordingly, it appears the stipulation of dismissal at Docket No. 29-1 only requires the signature of Defendant's counsel to be complete and may be filed by Defendant's counsel as ordered herein.[1]

---

[1] The order for Defendant and Defendant's counsel to show cause why sanctions should not be imposed remains pending, Docket No. 32, and nothing in this order should be construed as resolving the issues raised therein. Notwithstanding the entry of judgment, the Court retains jurisdiction to resolve that order to show cause and impose appropriate sanctions. *See, e.g.*, *Trs. Of the Operating Eng'rs Pension Trust v. Maui One Excavating, Inc.*, 2013 U.S. Dist. Lexis 65748, *6 n.5 (D. Nev. May 8, 2013) (citing *United Energy Owners Committee v. United States Energy Mgmt. Sys., Inc.*, 837 F.2d 356, 358 (9th Cir. 1988)).

**The failure of Defendant's counsel to comply with this order will result in the commencement of contempt proceedings.**

IT IS SO ORDERED.

DATED: July 24, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge