**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELRAH GFELLER, | )<br>) |
| Plaintiff(s), | )<br>) Case No. 2:14-cv-01940-JCM-VCF |
| vs. | ) ORDER<br>) |
| DOYNE MEDICAL CLINIC, INC., | )<br>) |
| Defendant(s). | )<br>) |

At the hearing held on July 24, 2015, Defendant's counsel represented to the Court that (1) she possesses phone records showing that she called Plaintiff's counsel between June 16, 2015 and July 8, 2015 to coordinate filing a stipulation of dismissal; and (2) she possesses copies of email correspondence after June 16, 2015 with Plaintiff's counsel regarding filing a stipulation of dismissal. Defendant's counsel is hereby **ORDERED** to file with the Court, no later than July 30, 2015, copies of the phone records and emails discussed above. This filing shall consist solely of a declaration from Defendant's counsel (1) attesting to the accuracy of those records and attaching them as exhibits and/or (2) attesting that such records do not exist. No other discussion or argument is permitted.

**The failure of Defendant's counsel to comply with this order will result in the commencement of contempt proceedings.**

IT IS SO ORDERED.

DATED: July 24, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge