MICHELLE M. JONES, ATTORNEY AT LAW
MICHELLE M. JONES, ESQ. (SBN 8505)
703 South 8th Street
Las Vegas, NV 89101
Tel: (702) 388-4469
Fax: (702) 386-9825
Email: vivalawsvegas@yahoo.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELRAH GFELLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOYNE MEDICAL CLINIC, INC., A PROFESSIONAL CORPORATION,<br><br>Defendant. | CASE NO: 2:14-cv-01940-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff ELRAH GFELEER ("Plaintiff") and Defendant DOYNE MEDICAL CLINIC, INC., A PROFESSIONAL CORPORATION ("Defendant"), by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

**IT IS SO ORDERED.**

Dated July 31, 2015.

UNITED STATES DISTRICT JUDGE

1

2   Dated this 2nd day of June, 2015.          Dated this 29th day of July, 2015.

3   Respectfully submitted by:                 Respectfully submitted by:

4       /s/ *Michelle M. Jones*

5   Michelle M. Jones, Esq. (SBN 8505)         Nadin Cutter, Esq. (SBN 11548)
    703 South 8th Street                        CUTTER LAW FIRM, CHTD.
6   Las Vegas, NV 89101                         6787 W. Tropicana Avenue, Suites 268 & 270
7   Tel: (702) 388-4469                         Las Vegas, NV 89103
    *Attorney for Plaintiff*                    Tel: (702) 800-6525
8                                               *Attorney for Defendant*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28