# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELRAH GFELLER, | Case No. 2:14-cv-01940-JCM-VCF |
| Plaintiff(s), | |
| vs. | ORDER |
| DOYNE MEDICAL CLINIC, INC., | |
| Defendant(s). | |

Concurrently herewith, the undersigned is issuing an order sanctioning Defendant's counsel, Nadin Cutter, for failing to comply with various orders. As discussed in some length therein, Ms. Cutter has habitually violated court orders despite a previous warning in this case that she is required to strictly comply with all orders and that sanctions may be imposed if she does not do so. As also outlined therein, the undersigned has significant concerns about Ms. Cutter's misrepresentations to the Court. In light of the circumstances, the undersigned **REFERS** this matter for potential disciplinary proceedings both to the Nevada State Bar and to this Court pursuant to Local Rule IA 10-7(a). *See Weddell v. Stewart*, 261 P.3d 1080, 1085 n.9 (Nev. 2011) (repeated failure to comply with court orders is a basis for referral to the State Bar for investigation); *see also* Nev. R. Prof. Conduct 3.3(a)(1) (outlining attorney obligations regarding candor to the court).

//

//

//

1  The Clerk's Office is **INSTRUCTED** to provide a copy of this order, along with a copy of the
2  order issued concurrently herewith as follows:

3  •   Chief United States District Judge Gloria M. Navarro

4  •   Lance Wilson, District Court Executive

5  •   State Bar of Nevada
       Attn: Office of Bar Counsel
6      3100 W. Charleston Blvd., Suite 100
       Las Vegas, NV 89102
7
   IT IS SO ORDERED.
8
   DATED: September 3, 2015
9
                                          _____
10                                        NANCY J. KOPPE
                                          United States Magistrate Judge